422 A.2d 690

Penna. Natl. Mut. Cas. Ins. Co., Appellant, v. Penney Cas. Ins. Co.

Argued March 12, 1979. F. Lee Shipman, for appellant; Sanford S. Marateck, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

The order and final decree is affirmed on the opinion of Judge Caldwell as reported in —— Dauphin Co. —— (1979).

Aug. 17, 1979.

422 A.2d 690

Commonwealth ex rel. Goldman, Appellant, v. Goldman.

Argued December 4, 1978. Joyce Ullman, for appellant; William J. O'Brien, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Remanded for consideration of the amount of support in accordance with *Commonwealth ex rel. ReDavid v. ReDavid*, 251 Pa.Super. 103, 380 A.2d 398 (1977), and for reconsideration of the issue of retroactivity in light of the redetermined amount.